STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. FRANK MANCUSO, DEFENDANT-PETITIONER.

*Mr. Richard L. Gray* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF - RESPONDENT, v. SAMUEL PETRANTO AND MICHAEL J. SACCO, DEFENDANTS-PETITIONERS.

*Mr. Ernest S. Glickman* for the petitioners.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

May 14, 1968. Denied.

EDWARD FUNARI, *ET AL.*, PLAINTIFFS-APPELLANTS-PETITIONERS, v. WILLIAM H. COURTNEY & SON, INC., *ET AL.*. DEFENDANTS-RESPONDENTS-RESPONDENTS, v. MOHAWK CONSTRUCTION CO., THIRD-PARTY DEFENDANTS-RESPONDENTS-RESPONDENTS.

*Mr. Thomas J. McGann* and *Mr. William L. Boyan* for the petitioners.

*Mr. Luke A. Kiernan, Jr., Mr. Joseph P. Merlino, Mr. Jack DiNola* and *Mrs. Linda Brenner Lengyl* for the respondents.

May 14, 1968. Denied.